

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00096-CV

REV. LEO GRAVES, Appellant

V.

CITY OF CARTHAGE AND BRENDA SAMFORD, CITY MANAGER, Appellees

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2013-304

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Rev. Leo Graves, appellant, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:     November 6, 2013
Date Decided:       November 7, 2013